**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      *Technox Engineering and Services Private, Ltd. v. Sunwoo Co., Ltd.*
                          *f/k/a Sunwoo Robotec Co., Ltd.*

Appellate case number:    01-22-00006-CV

Trial court case number:  2020-06784

Trial court:              295th District Court of Harris County

Date motion filed:        January 12, 2023

Party filing motion:      Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ April L. Farris
                   ☐ Acting Individually ☒ Acting for the Court

The En Banc Court consists of Chief Justice Adams and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Justice Landau not participating.

Date: February 9, 2023